■ ALL-STATE SALES & ADMINISTRATIVE SERVICES, INC., Respondent, v TOLEDO MOLDING & DIE, INC., Appellant. [38 NYS3d 468]—Appeal from an order of the Supreme Court, Onondaga County (Walter W. Hafner, Jr., A.J.), entered January 13, 2015. The order, insofar as appealed from, denied the motion of defendant for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Troutman and Scudder, JJ.